IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02760-WYD

KENNETH L. JIMINEZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER is before the Court on the document entitled "Stipulated Fees Under the Equal Access to Justice Act" filed June 23, 2014, which I construe as a stipulated motion for fees.  The stipulated motion advises the Court that the parties have settled Plaintiff's request for attorney fees and agree that Plaintiff will receive a total fee award of $5,000.00 under the Equal Access to Justice Act.  Having reviewed the motion and finding good cause for the relief sought, it is

ORDERED that the Stipulated [Motion for] Fees Under the Equal Access to Justice Act (ECF No. 23) is **GRANTED**.  Attorney fees in the amount of **$5,000.00** are awarded to and shall be made payable to Plaintiff but delivered to Plaintiff's attorney.

Dated June 26, 2014

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge